**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE LIFE INSURANCE PROCEEDS
STATE FARM LIFE INSURANCE
POLICY NO. LF-1076-3205                     Case No. 6:10-cv-658-Orl-31KRS

_____/

## ORDER

This matter comes before the Court on the Stipulation to Transfer Insurance Policy Proceeds (Doc. 31), which the Court construes as a motion to transfer the funds. The parties state that they have reached a settlement of this matter. (Doc. 31 at 1). However, it is not clear whether the parties have settled the entire case or merely the issue as to the proper location of these funds.

If the case has been settled, Local Rule 3.08 requires that the parties promptly notify the Court. Such a notice could also include a request for the Court to disburse the funds. If the parties have only reached a settlement as to the location of the funds, they should so notify the Court.

In consideration of the foregoing, it is hereby

**ORDERED** that the Stipulation to Transfer Insurance Policy Proceeds (Doc. 31), which the Court construes as a motion to transfer those funds, is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 19, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party