**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE LIFE INSURANCE PROCEEDS
STATE FARM LIFE INSURANCE
POLICY NO. LF-1076-3205

Case No.  6:10-cv-658-Orl-31KRS

_____/

## ORDER

This matter comes before the Court on the Joint Notice of Settlement and Request for Disbursement of Funds (Doc. 33).  The claimants state that they have settled this matter and wish to have the funds at issue disbursed.  Accordingly, it is hereby

**ORDERED** that the $356,788.35 remaining in the Court's registry in connection with this matter shall be disbursed to the trust account of claimant Kimberly Henschel's counsel, Douglas R. Beam.  And it is further

**ORDERED** that this case is **DISMISSED.**  After the disbursement, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 20, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party